Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62212.**—Fabry Associates, Inc., et al. *v.* United States, protests 280383–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62213.**—Fabry Associates, Inc. *v.* United States, protests 306008–K (A) and 301008–K (B) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiff was sustained.

**No. 62214.**—Bonniers, Inc., and Fabry Associates, Inc. *v.* United States, protests 318089–K and 319685–K (A) (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claims of the plaintiffs were sustained at the rate of 20 or 19 percent, according to the date of entry or withdrawal from warehouse.

**No. 62215.**—Raymor Mfg. Division, Inc. *v.* United States, protests 330879–K and 58/4723 (New York).